## 10546

### FULMORE *ET AL.* v. FULMORE *ET AL.*

#### (105 S. E. 285.)

ADVERSE POSSESSION—CLAIM CANNOT BE RAISED BY DEMURRER.—Under Code Civ. Proc. 1912, sec. 119, declaring that the objection that the action was not commenced within the time limited can only be taken by answer, a demurrer to the complaint for partition, on the ground that the complaint showed that defendant had been in exclusive possession of the land long enough to presume a deed from his cotenants, was properly overruled.

Before RICE, J., Williamsburg, Spring term, 1920. Appeal dismissed.

Action by Eleida V. Fulmore *et al.* against Troy P. Fulmore *et al.* From order overruling demurrer to the complaint, the defendants appeal.

*Messrs. Kelly & Hinds,* for appellants, cite: *Adverse possession by one cotenant against another cotenant for more than twenty years will raise presumption of ouster, and deed from other cotenant:* 80 S. C. 110; 2 Hill Ch. 513; 91 S. C. 303; 50 S. C. 168; 26 S. C. 185; 48 S. C. 489; 48 S. C. 28; 40 S. C. 179. *Adverse possession:* 2 C. J. 122, 128; 96 S. C. 461; 48 S. C. 293. *If begun against ancestor, continues against heir:* 20 S. C. 52; 59 S. C. 440; 53 S. C. 128. *Laches:* 43 S. C. 436; 62 S. C. 89; 91 S. C. 312.

*Messrs. Arrowsmith, Muldrow, Bridges & Hicks,* for respondents, cite: *All paragraphs of pleading must be considered, and construed liberally:* Code Proc. 1912, sec. 209; 70 S. C. 274; 51 S. C. 439; 97 S. C. 429; 12 S. C. 1. *Objection that action not commenced in time must be by answer:* Code Proc. 1912, sec. 119; 29 S. C. 256; 16 S. C. 378; 22 S. C. 583; 80 S. C. 223; 9 S. C. 376; 38 S. C. 496; 59 S. C. 440; 70 S. C. 315. *All cases cited by appellant are cases in which answer was filed. No stale demand:* 49 S. C.

192. *Not necessary to negative laches in complaint:* 91 S
E. 312; 76 S. C. 170; 97 S. C. 224.

December 20, 1920.

The opinion of the Court was delivered by MR. JUSTICE
FRASER.

This is an action for partition. The defendant demurred
to the complaint on the ground that the complaint showed
that the defendant had been in exclusive possession of the
land long enough to presume a deed from its cotenants
The demurrer was overruled, and this appeal is from the
order overruling the demurrer.

Demurrer is not available to the defendant. Section
119, Code of Procedure, declares:

"But the objection that the action was not commenced
within the time limited can only be taken by answer."

The appeal is dismissed.

MESSRS. JUSTICES HYDRICK and WATTS concur.

MR. CHIEF JUSTICE GARY and MR. JUSTICE GAGE absent
on account of sickness.